**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| **v.** | **18 U.S.C. § 654** |
| | **(Conversion of Property)** |
| **SHAUN QURESHI,** | |
| **Defendant.** | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**
(Conversion)

From on or about January 2013, until on or about October 2014, in the District of Columbia and elsewhere, defendant **SHAUN QURESHI** knowingly and wrongfully converted to his own use the money and property of another that is, Federal Reserve Notes, the value of which was greater than $1,000, which came into his possession and under his control in the execution of his employment with the United States Secret Service.

(**Conversion of Property**, pursuant to Title 18, United States Code, Section 654)

CHANNING D. PHILLIPS
United States Attorney
D.C. Bar No. 415793

By: Michelle Zamarin
MICHELLE A. ZAMARIN
D.C. Bar No. 474042
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530